IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DAVID WAYNE LEWIS,** | * |
| | * |
| Plaintiff, | *   Civil Action No. 11-00566-B |
| | * |
| vs. | * |
| | * |
| **CAROLYN W. COLVIN,** | * |
| **Commissioner of Social Security,** | * |
| | * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for supplemental security income be **AFFIRMED**.

DONE this **19th** day of **March, 2013**.

/s/  SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**